■ CARLA LIEB, Respondent, v DAVID LIEB, Appellant.—Appeals by the defendant from (1) an order of the Supreme Court, Suffolk County (Segal, J.), dated July 9, 1990, and (2) so much of an order of the same court, dated October 3, 1990, as, upon reargument, adhered to the original determination.

Ordered that the appeal from the order dated July 9, 1990, is dismissed, as that order was superseded by the order dated October 3, 1990, made upon reargument; and it is further,

Ordered that the order dated October 3, 1990, is affirmed insofar as appealed from, for the reasons stated by Justice Segal at the Supreme Court; and it is further,

Ordered that the respondent is awarded one bill of costs. Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.

■ SPEROS MANZARES et al., Appellants, v THOMAS A. OROFINO, Respondent.—In an action to recover damages for personal injuries, etc., the plaintiffs appeal from so much of an order of the Supreme Court, Westchester County (Facelle, J.), entered October 2, 1990, as granted the defendant's motion to dismiss the complaint for lack of personal jurisdiction.

Ordered that the order is affirmed, with costs.

The Supreme Court properly dismissed the complaint as the record presents no basis to exercise jurisdiction over the defendant, a non-domiciliary of this State (see, CPLR 302). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.